IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRELL PARKS,** | : |
|       **Petitioner,** | :   **Civ. No. 1:14-cv-1268** |
| v. | : |
| **M. O'SHAUGHNESSY,** | :   **Judge Rambo** |
|       **Respondent.** | :   **Magistrate Judge Schwab** |

# **O R D E R**

**AND NOW**, this 15th day of August, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge is **ADOPTED**;

2) The petition for a writ of habeas corpus is **DENIED**;

3) The clerk of court shall close this file;

4) Any appeal taken from this order is deemed frivolous and without good cause.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: August 15, 2016